IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DESHAWN SANDERS                                                        PLAINTIFF
ADC #176217

v.                          No: 3:20-cv-300-DPM-JTK

KEITH BOWERS                                                           DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Sanders hasn't paid the $400 filing and administrative fees or filed a complete *in forma pauperis* application; and the time to do so has passed. *Doc.* 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2020