IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DESHAWN SANDERS                                                PLAINTIFF
ADC #176217

v.                           No: 3:20-cv-300-DPM

KEITH BOWERS                                                   DEFENDANT

## JUDGMENT

Sanders's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2020